|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
|   | Claire Cylkowski, Esq., SBN 335352 |
| 2 | Krista Hemming, Esq., SBN 304213 |
|   | 100 Pine St., Ste 1250 |
| 3 | San Francisco, CA 94111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 4 | kristah@potterhandy.com |
|   | Attorneys for Plaintiff |

SEYFARTH SHAW LLP
Ashley Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-960
Attorneys for Defendants
Vaghashia Family Limited Partnership, A Nevada Limited Partnership

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| **Dwain Lammey**, | Case No.: 2:21-cv-01970-VAP-KES |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. |   |
| **Vaghashia Family Limited Partnership, A Nevada Limited Partnership;** and Does 1-10, |   |
| Defendants |   |

### **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | |
|---|---|
| Dated: 12/20/2022 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Krista R. Hemming |
| | Krista Hemming |
| | Attorneys for Plaintiff |
| Dated: | |
| | Seyfarth Shaw LLP |
| | By:  /s/ Ashley Arnett |
| | Ashley Arnett |
| | Attorneys for Defendants |
| | Vaghashia Family Limited Partnership, A Nevada Limited Partnership |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley Arnett, counsel for Vaghashia Family Limited Partnership, A Nevada Limited Partnership; ; ;, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/20/2022              CENTER FOR DISABILITY ACCESS

                              By:   /s/ Krista R. Hemming
                              Krista R. Hemming
                              Attorneys for Plaintiff