JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-01970-VAP-KESx | Date | January 3, 2023 |
|---|---|---|---|
| Title | *Dwain Lammey v. Vaghashia Family Limited Partnership* | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE |
|---|---|

| WENDY HERNANDEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER DISMISSING CASE (IN CHAMBERS)

Pursuant to the parties' Stipulation to Dismiss Case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed on December 21, 2022 (Dkt. 17), the Court hereby ORDERS the stay lifted, and this case dismissed with prejudice. All dates are hereby vacated and off calendar. The Clerk's Office is directed to close this case (JS-6).

**IT IS SO ORDERED.**